UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Live Face on Web, LLC, | Case No. 17-cv-1950 (WMW/KMM) |
| Plaintiff, | |
| v. | |
| River's Edge Dental Clinic, P.L.L.C.; and Carey Tri, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Defendants, | |
| v. | |
| Solution21, Inc., | |
| Third-Party Defendant. | |

This matter is before the Court on the April 6, 2018 Report and Recommendation of United States Magistrate Judge Franklin L. Noel. (Dkt. 46.) No objections to the Report and Recommendation have been filed. In the absence of timely objections, this Court reviews a Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The April 6, 2018 Report and Recommendation, (Dkt. 46), is **ADOPTED**.

2. Third-Party Defendant Solution21, Inc.'s Motion to Dismiss, (Dkt. 20), is **DENIED**.

Dated: June 11, 2018

  s/Wilhelmina M. Wright  
  Wilhelmina M. Wright  
  United States District Judge